AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

DC

**SEARCH WARRANT**

CASE NUMBER:

**0 6 - 5 1 0 - M - 0 1**

TO: __Kirk Delpo__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Detective Kirk Delpo__ who has reason to believe that

**(name, description and or location):** Located at the premises of _____, DC and to include the detached shed located in the rear yard along with any abandon vehicles parked on the property or associated to the property. This building described as a detached single family home yellow in color with white awnings and a white in color front door. The numerals ____ which are colored in black are affixed to the front of the building to the left side of the front door.

**in the District of Columbia, there is now concealed a certain person or property, namely** (describe the person or property): Documents relating to the shipment of FedEx pkgs. And other type mailings, finances, assets and other information in conjunction with the sale and distribution of a known illegal substance named phencyclidine (PCP). Specific documents include but are not limited to shipping receipts, business logs, packaging materials, proceeds derived from the sale and distribution of PCP and/or other paraphernalia located within the residence as well as documents indicating proof of ownership over illegal items and/or items related to illegal activities.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before ___December 24, 2006___
                                                                  (Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

__DEC 14 2006__                                   at Washington, D.C.
Date and Time Issued
__JOHN M. FACCIOLA__
__U.S. MAGISTRATE JUDGE__                        _[signature]_
Name and Title of Judicial Officer                Signature of Judicial Officer

AO 109 (2/90) Seizure Warrant

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 12/14/06 | 12/18/06 1735hrs | |

INVENTORY MADE IN THE PRESENCE OF Det. Delco, Quigley, Dessin, Simbor, Iannacchione, Sgt. Brennan

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

Mail matter IN the Name of
Western union Receipt
Mailing Label
Fed Ex slip c CARDs
Gun Box with Assorted ammuntion

FILED
DEC 20 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

exit time 1842hrs

## CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

X _____

Subscribed, sworn to, and returned before me this date.

_____    12/20/06
U.S. Judge or U.S. Magistrate Judge          Date